**Zikiteran D. ROBINSON, Petitioner— Appellant,**

v.

**J. OWENS, Warden; Bureau of Prisons, Respondents— Appellees.**

**No. 08–6814.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 8, 2008.

Decided: Sept. 17, 2008.

Zikiteran D. Robinson, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zikiteran D. Robinson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Robinson v. Owens*, No. 4:07–cv–03118–HMH, 2008 WL 783782 (D.S.C. Mar. 20, 2008). Additionally, we deny Robinson's motion for production of discovery materials. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Freddy S. Campbell appeals the district court's order denying his motions to review the Government's refusal to move for a sentence reduction based on substantial assistance and for an evidentiary hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Campbell*, No. 2:05–cr–00120–1 (S.D.W.Va. Apr. 10, 2008). We deny Campbell's motion for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* While Robinson sufficiently objected to the magistrate judge's findings regarding whether he was in the primary custody of the federal government at the time of his arrest, he failed to specifically object to the remainder of the magistrate judge's recommendations, thereby waiving appellate review of those claims. *See United States v. Midgette*, 478 F.3d 616, 621–22 (4th Cir.), *cert. denied*, —— U.S. ——, 127 S.Ct. 3032, 168 L.Ed.2d 749 (2007).